615 A.2d 339

**David GULAU, Ronald Bachman, Harnetta Bachman, Jean Madison, Debbie Cremin and Jack Cremin**

v.

**ZONING HEARING BOARD OF ALLEN TOWNSHIP and John Wukich, Peter J. Stangherlin, Terrance A. Hinckson and Patricia G. Hinckson.**

**Appeal of John WUKICH and Peter J. Stangherlin.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1992.

Decided Nov. 16, 1992.

Martin J. Karess, James L. Reich, Allentown, for appellants.

Maria C. Mullane, Allentown, for Gulau, Bachman, Madison and Cremin.

George S. Kounoupis, Bethlehem, for Zoning Hearing Bd. of Allen Tp.

214

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.